# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | | |
|---|---|---|
| United States of America<br>v.<br>ANDREY N. KOVALENKO<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 1:20-mj-3104 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ANDREY N. KOVALENKO ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1343 - Wire Fraud

Date: 4:18 PM, May 4, 2020

*Thomas M. Parker, United States Magistrate Judge*

City and state: Cleveland, Ohio

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

_____

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Andrey N. Kovalenko
Known aliases: Andrey N. Kovalenko Smith
Last known residence: 330 Thalia Station Court, Virginia Beach, Virginia 23452
Prior addresses to which defendant/offender may still have ties:

Last known employment: Eparchy of Parma
Last known telephone numbers: Unknown
Place of birth: Samara, Russia
Date of birth: 11/25/1967
Social Security number: 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
Height: 5'07" Weight: 165
Sex: Male Race: White
Hair: Brown Eyes: Blue
Scars, tattoos, other distinguishing marks: Unknown

History of violence, weapons, drug use: None

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: None
Complete description of auto: White Toyota Sienna bearing State of Florida license plate NYVY61

Investigative agency and address: SA Agent John D. Aske, Federal Bureau of Investigation, 1501 Lakeside Avenue, Cleveland, Ohio 44114, jdaske@fbi.gov; 216.622.6865

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: